# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Corey M. Wright,

CASE NO: 2:21-CV-02060-TLN-DMC

vs.

**SUMMONS IN A CIVIL CASE**

Waawaatesi, LLC ,

TO:  **Waawaatesi, LLC d/b/a Greenline Loans**

Defendant's Address:  c/o Juanita Huguley
597 Peace Pipe Rd
Lac Du Flambeau, WI 54538

**YOU ARE HEREBY SUMMONED** and required to serve on:

> **Nicholas Michal Wajda**
> **Wajda Law Group, APC**
> **3111 Camino Del Rio North, Suite 400**
> **San Diego, CA 92108**

an answer to the complaint which is served on you with this summons, **within 21 days after service of this summons on you**, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**
CLERK

/s/ **H. Kaminski**
(By) DEPUTY CLERK



ISSUED ON 2021-11-08 13:38:24
CLERK, USDC EDCA

RESIDENCE: 597 Peace Pipe Rd

## PROOF OF SERVICE (FRCVP 4 (1))

The undersigned hereby certifies, under oath, that he/she served **Waawaatesi dba Greenline Loans**
<sub>Defendant or Respondent served</sub>

on the **28** day of **January** 20**22**, at **1250** am/**pm**

With an authenticated copy of **Summons & Criminal Complaint**
(List name of paper/s served)

Case #: 2:21-CV-02010-TLN-DMC (California)

A. Personally at: **597 Peace Pipe Rd, Lac du Flambeau, WI 54538**
(Place where person was served)

B. Leaving it at the defendant's residence with a family member I know is at least 14 years old;
_____
(Having informed that person of the contents)

C. Giving it to legal representatives or agent of the defendant/s: _____
<sub>Name        Title</sub>

ATTEMPTS WERE MADE TO PERSONALLY SERVE THE DEFENDANT AS FOLLOWS:

1.
2.
3.
4.

Subscribed and sworn before me, this _____ day of _____, 20____.

Signature _Sgt. [illegible] #263_

Title **Sergeant**

Notary Public, State of Wisconsin
My commission expires _____
Service Fee: _____
Travel/Mileage: _____

Lac du Flambeau tribal Police Department
PO Box 337
623 Peace Pipe Rd.
Lac du Flambeau, WI 54538

to Carol

345