**WAJDA LAW GROUP, APC**
Nicholas M. Wajda (Cal. Bar No. 259178)
3111 Camino Del Rio North
Suite 400
San Diego, California 92108
+1 310-997-0471
nick@wajdalawgroup.com
Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| COREY M. WRIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>WAAWAATESI LLC D/B/A GREENLINE,<br><br>    Defendant. | Case No. 2:21-cv-02060-TLN-DMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOW COMES, COREY M. WRIGHT ("Plaintiff"), by and through his undersigned attorney, and, in support of his Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, WAAWAATESI LLC D/B/A GREENLINE, without prejudice. Each party shall bear its own costs and attorney fees.

Respectfully submitted this 22nd day of March 2022.

                                        **COREY M. WRIGHT**
                                        *By: /s/ Nicholas M. Wajda*
                                        Nicholas M. Wajda
                                        WAJDA LAW GROUP, APC
                                        3111 Camino Del Rio North
                                        Suite 400
                                        San Diego, California 92108
                                        +1 310-997-0471
                                        nick@wajdalawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

>  */s/ Nicholas M. Wajda*
>  Nicholas M. Wajda